UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIBEKANAND SATPATHY,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 5:13-cv-04251 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' joint statement (Docket Item No. 17) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for December 5, 2014, is CONTINUED to December 18, 2014, at 10:00 a.m.  On or before December 15, 2014, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before December 15, 2014.

**IT IS SO ORDERED.**

Dated:  December 2, 2014

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-04251 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE